LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIAH LESHAE GRIFFIN, ) | No.  EDCV 15-1421 DFM |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED ONE DOLLARS AND 70/100 ($1,701.70 subject to the terms of the stipulation.

DATE:  January 19, 2016       _____
                              HON. DOUGLAS F. McCORMICK
                              UNITED STATES MAGISTRATE JUDGE

-1-